IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENREID C. FOSTER,<br><br>        Petitioner,<br><br>vs.<br><br>MATTHEW CATE,<br><br>        Respondent. | No. C 12-0088 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 14) |

    Good cause appearing, Petitioner's motion for an extension of time (docket number 14) in which to file a traverse, to and including November 26, 2012, is GRANTED.

    IT IS SO ORDERED.

DATED: November 13, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENREID C. FOSTER,

        Plaintiff,

 v.

MATTHEW CATE et al,

        Defendant.

Case Number: CV12-00088 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenreid C. Foster G10501
CSP - Los Angeles
C3-104L
P.O. Box 4610
Lancaster, CA 93539

Dated: November 13, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk